IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   02-cv-01990-RPM

NATIONAL AMERICAN INSURANCE COMPANY,

     Plaintiff(s),

v.

J. R. MISKEN INSURANCE SERVICES, INC.,
SIGNATURE UNDERWRITERS, INC., and
JAMES R. MISKEN,

     Defendant(s).

_____

ORDER DENYING DEFENDANTS'
MOTION FOR REVIEW OF TAXATION OF COSTS
_____

     On December 8, 2004, the defendants filed a motion for review of taxation of costs, seeking recovery of $14,742.51 in costs over and above those allowed by the Clerk of this Court, asserting entitlement to that award under C.R.S. 13-17-202.  The plaintiff filed a response in opposition on December 17, 2004, and this Court reserved ruling pending pending an appeal of the judgment.  That appeal has now been determined and on December 30, 2005, the defendants moved for a ruling on the motion.  The defendants rely on the Tenth Circuit opinion in *Garcia v. Wal-Mart Stores, Inc.,* 209 F.3d 1170 (10th Cir. 2000) to support their contention that the Colorado statute is applicable.  The motion, however, is based on Fed.R.Civ.P. 68 because of the defendants' rejected offer of judgment.  The *Garcia* analysis is not applicable here because Rule 68 provides the rule of decision and state law is not applicable.  The additional costs sought are not recoverable under 28 U.S.C. § § 1920 and 1821.

1

According, it is

    ORDERED that the defendants' motion for review of taxation of costs is denied.

    DATED: January 3rd, 2006

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge